IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | CIVIL ACTION NO. MDL 875 |
| This Document Relates to | |
| JOHN MORAN<br>    Plaintiff,<br>vs.<br>GENERAL ELECTRIC COMPANY, et al.,<br>    Defendants. | CIVIL NO. 2:12-CV-60138-ER |
| And | |
| RICHARD JOHNSON<br>    Plaintiff,<br>v.<br>GENERAL ELECTRIC COMPANY, et al.,<br>    Defendants. | CIVIL NO. 2:12-CV-60134-ER |
| And | |
| RICHARD PARKER<br>v.<br>GENERAL ELECTRIC COMPANY, et al | CIVIL NO. 2:12-CV-60136-ER |

**FILED**
SEP - 7 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## PROPOSED SCHEDULING ORDER

AND NOW, this 7th day of September, 2012, following a status conference with counsel, and with the consent of the parties, **IT IS HEREBY ORDERED THAT:**

1. All fact discovery, including depositions,
        be completed by:                                                                 12/21/2012

| | |
|---|---|
| 2. Plaintiff's final expert reports must be served by: | 1/8/2013 |
| 3. Defendants' expert reports must be served by: | 1/22/2013 |
| 4. Any rebuttal expert report shall be served on or before: | 2/1/2013 |
| 5. Expert discovery must be completed by: | 2/8/2013 |
| 6. Any motions in limine under *Daubert v. Merrell Dow*, 509 U.S. 579 (1993), must be filed by: | 2/11/2013 |
| 7. Responses to any *Daubert* motions must be filed by: | 2/25/2013 |
| 8. Replies to responses to any *Daubert* motions must be filed by: | 3/4/2013 |
| 9. Any dispositive motions must be filed by: | 2/25/2013 |
| 10. Responses to any dispositive motions must be filed by: | 3/11/2013 |
| 11. Replies to any dispositive motions must be filed by: | 3/18/2013 |
| 12. Counsel will be available for a settlement conference on: | week of 1/14/2013 |

BY THE COURT

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE